**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Alberto MEZA, Defendant—Appellant.**

No. 02–50135.

D.C. No. CR–00–02687–BTM.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 20, 2002.

Before HUG, O'SCANNLAIN and TASHIMA, Circuit Judges.

MEMORANDUM**

Alberto Meza appeals his three month sentence for violating conditions of his supervised release, arising from his sentence

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

for his conviction for importing marijuana in violation of 21 U.S.C. §§ 952 and 960.

Meza contends that the imposition of a term of supervised release under 18 U.S.C. § 3583(a) following a sentence of imprisonment is unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Meza's contention is foreclosed by our recent decision in *United States v. Liero*, 298 F.3d 1175, 1177–78 (9th Cir.2002).

**AFFIRMED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

